AFSCME, COUNCIL 4, LOCAL 1565 *v.*
DEPARTMENT OF CORRECTION
(13083)

O'CONNELL, FOTI and LAVERY, Js.

Argued January 4—decision released January 24, 1995

*J. William Gagner, Jr.,* with whom, on the brief, was *Harry B. Elliott, Jr.,* for the appellant (plaintiff).

*Robert A. Whitehead,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Charles A. Overend,* assistant attorney general, for the appellee (state).

PER CURIAM. The judgment is affirmed.